UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

CIVIL NO 2:07cv2716 MCE GGH

v.

American Idol, Simon Cowell, Paula Abdul, Ryan Seacrest, Randy Jackson,
Defendants

## Complaint

"Idolizing My Torture / 42 USC 1983 / TRO Temporary Restraining order"

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983 and a Restraining order. Plaintiff seeks $75 million and the shut down of the 2008 American Idol competition. Defendants are in a conspiracy with FCI Williamsburg, Defendant Paula Abdul with the help of U.S. Marshals plan to come to FCI Williamsburg and kidnap me from solitary confinement, then put me in a secret CIA C-130 plane and take me to Alcatraz for a prison inmate talent show. Simon is going to put me in handcuffs with a pink jump suit, because Simon says. I'll be forced to sing "Start Spreading the News" in front of inmates. Randy Jackson plans to incite Afro-American inmates with dog pound chants, inmates throw dollar bills at me. Then Seacrest, using a Elizabeth Smart Abducting manual plans to drop my head on New Years at the Big Apple calling me Johnny Apple Seed. Also Pagan worshipers, Idol worships from Lodi involved. They plan to tape my abduction then show it to America online. I seek protection.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590

843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©