1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JONATHAN LEE RICHES,

11            Plaintiff,              No. CIV S-07-2716 MCE GGH P

12      vs.

13   AMERICAN IDOL, et al.,

14            Defendants.            ORDER

15   _____/

16         Plaintiff, proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C.

17   § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing

18   fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity either to

19   submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit

20   the appropriate filing fee.

21         In accordance with the above, IT IS HEREBY ORDERED that:

22         1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23   in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24   Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the

25   dismissal of this action; and

26   /////

1

1          2.  The Clerk of the Court is directed to send plaintiff a new Application to

2    Proceed In Forma Pauperis By a Prisoner.

3    DATED: 01/18/08

                                         /s/ Gregory G. Hollows

4     

                                    UNITED STATES MAGISTRATE JUDGE

5

6

7

8    rich2716.3a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26