1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JONATHAN LEE RICHES,

11          Plaintiff,              No. CIV S-07-2716 MCE GGH P

12      vs.

13   AMERICAN IDOL, et al.,

14          Defendants.            <u>ORDER</u>

15   _____/

16          On August 5, 2008, judgment was entered.  On October 1, 2008, plaintiff filed a

17   motion for reconsideration and for recusal of "the judge."  This motion is denied as frivolous.

18          Accordingly, IT IS HEREBY ORDERED that plaintiff's October 1, 2008, motion

19   for reconsideration and for recusal (# 8) is denied.

20   DATED:  10/10/08

21                                  /s/ Gregory G. Hollows
                                   _____
22                                  UNITED STATES MAGISTRATE JUDGE

23

24   rich2716.den

25

26

1