IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

      Plaintiff,                    No. CIV S-07-2716 MCE GGH P

      vs.

AMERICAN IDOL, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On July 26, 2010, plaintiff filed a motion to correct name. This civil rights action was closed on August 5, 2008. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded. The clerk to terminate the July 26, 2010, motion to correct name (Docket No. 10).

        IT IS SO ORDERED.

DATED: August 16, 2010

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:kly
rich2716.58ggh